IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

F I L E D
JUL 2 6 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

FEI COMPANY,                          )
        Plaintiff,                    )
                                      )
        v.                            )        Civil Action No. 1:10cv302
                                      )
CAMBRIDGE GLOBAL SERVICES, INC.,      )
        Defendants.                   )

## JUDGMENT ORDER

Upon consideration of the July 7, 2010 Report and Recommendation of the United States

Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and

upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts

as its own the findings of fact and recommendation of the United States Magistrate Judge, as set

forth in the July 7, 2010 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that judgment is **ENTERED** by default in favor of

plaintiff and against defendant in the total amount of $2,462,616.40, with post-judgment interest to

accrue at the statutory rate.

The Clerk is **DIRECTED** to enter judgment pursuant to Rule 58, Fed. R. Civ. P. and to place

this matter among the ended causes.

The Clerk is further **DIRECTED** to send a certified copy of this Judgment Order to

defendant and to all counsel of record.

Alexandria, VA
July 26, 2010

**T. S. Ellis, III**
**United States District Judge**